FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3131-BTM |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| MAYNARD FRANCISCO BRENES, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 18, 2007, within the Southern District of California, defendant MAYNARD FRANCISCO BRENES, did knowingly and intentionally import approximately 24.90 kilograms (approximately 54.78 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 15, 2007.

KAREN P. HEWITT
United States Attorney

/s/ John F. Weis

//CARLA J. BRESSLER
 Assistant U.S. Attorney

CJB:kmm:Imperial
11/15/07