# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR3131-BTM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Maynard Francisco Brenes | ) | Booking No. 01665298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2/29/08 the Court entered the following order:

✓ _____ Defendant be released from custody. 3/4/08

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

✓ _____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

✓ _____ Defendant sentenced to TIME SERVED, supervised release for 3 years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ _____ Other. DEFT To be released on 3/4/08

**BARRY TED MOSKOWITZ**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by P.M. _____
Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY