PROB 12B
(04/08)

June 5, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN -6  PM 4: 31

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Maynard Francisco Brenes (English)     **Dkt No.:** 07-CR-3131-001-BTM

**Name of Sentencing Judicial Officer:** The Honorable Barry Ted Moskowitz, U.S. District Judge

**Sentence:** Time served (139 days), 3 years' supervised release. (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Date of Sentence:** February 29, 2008        **Date Supervised Release Commenced:** March 4, 2008

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Reside in a Residential Reentry Center (RRC) for up to 120 days, to terminate upon entry into a residential drug treatment program.

PROB 12B

Name of Offender: Maynard Francisco Brenes
Docket No.: 07-CR-3131-001-BTM

June 5, 2008
Page 2

## CAUSE

Mr. Brenes was released from the Bureau of Prisons (BOP) on March 4, 2008, and immediately entered the RRC where he currently resides. At sentencing, the Court ordered he remain in the RRC for up to 120 days until he is accepted into a residential drug treatment program of at least four months in length. His current RRC placement will expire July 1, 2008. Although Mr. Brenes has contacted numerous programs, his options are limited due to his mental health needs and limited reading and writing abilities. Therefore, it appears Mr. Brenes may require additional time to find a suitable program and participate in the intake activities. As such, it is recommended he be permitted to reside in an RRC for up to an additional 120 days to facilitate this process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 5, 2008

Respectfully submitted:

by Kelly Dekreek
Kelly Dekreek
United States Probation Officer
(619) 557-3449

Reviewed and approved:

Cynthia M. Poblete
Supervising U.S. Probation Officer

Attachments

**THE COURT ORDERS:**

✓ The Modification of Conditions as Noted Above

___ Other _____

The Honorable Barry Ted Moskowitz
U.S. District Judge

6/5/08
Date